13 A.3d 359

RAYMOND MARCINCZYK & ERIN MARCINCZYK, PLAINTIFFS–CROSS–RESPONDENTS, v. STATE OF NEW JERSEY POLICE TRAINING COMMISSION, ET AL., DEFENDANTS, AND COUNTY OF SOMERSET, ET AL., DEFENDANTS–CROSS–PETITIONERS.

October 18, 2010.

ORDERED that the cross-petition for certification is granted; and the matter is summarily remanded to the Superior Court, Appellate Division, to consider the issues raised therein.